UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL ANTHONY LORUSSO,

    Plaintiff,

  v.

    Case No. 2:25-cv-847-KCD-NPM

DONALD JOHN TRUMP,

    Defendant.
_____/

## ORDER

Before the Court is a letter from a pro se plaintiff. (Doc. 1.) The document discusses police violating his rights in Lakeland, Florida, which is in the Tampa Division.

Pursuant to Local Rule 1.04(b), "[a] party must begin an action in the division to which the action is most directly connected or in which the action is most conveniently advanced. Unless otherwise administratively ordered by the chief judge, the judge must transfer the action to the division most consistent with the purpose of this rule." M.D. Fla. R. 1.04(b). Having determined that the relevant events occurred in the Tampa Division, and finding no connection with the Fort Myers Division, the Court finds that this case should be transferred to Tampa.

Accordingly, it is **ORDERED:**

The Clerk is **directed** to transfer this case to the Tampa Division for all further proceedings. The Clerk must then close the Fort Myers file.

**ORDERED** in Fort Myers, Florida on September 28, 2025.

_____
Kyle C. Dudek
United States District Judge